



# DOUGLAS & LONDON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

59 Maiden Lane, 6th Floor
New York, NY 10038

Phone: (212) 566-7500
Fax: (212) 566-7501
www.**D**ouglas**A**nd**L**ondon.com

Gary J. Douglas [P]
Michael A. London [*]
Stephanie O'Connor [*]
Randolph D. Janis

Virginia E. Anello [^]
Rebecca G. Newman [*]
Robin J. Bond [*]
Alicia Ellsayed
Lara J. Say [*n]
Diana Yastrovskaya
Tate J. Kunkle [t]
Bess DeVaughn [L]
Anne Accettella
Sara Castronuova [*]
Georgiana Boss [F]

[*] Also admitted in NJ
[P] Also admitted in PA
[^] Also admitted in LA & MA
[n] Also admitted in NC
[t] Also admitted in CT
[L] Admitted only in LA
[F] Also admitted in FL

*The attorney in charge of New Jersey practice is Michael A. London*

Wednesday, May 5, 2021

CaproniNYSDChambers@nysd.uscourts.gov
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

  *Re: Guira v. USA, 21-cv-2615 (VEC)*

Dear Judge Caproni,

I respectfully write in regards to the above case for which I represent Plaintiff. I respectfully write to request an adjournment of the May 14, 2021 Initial Pretrial Conference and the joint letter due May 6, 2021.

This is the first request for an adjournment.

I respectfully request an adjournment as Defendant has yet to interpose an Answer in this matter.

It is respectfully requested that the Initial Pretrial Conference be adjourned to June 11, 2021 with joint letter to be due June 3, 2021.

      Respectfully yours,

      **DOUGLAS & LONDON, P.C.**

      */s/ Randolph Janis*
      Randolph Janis

cc:
United States Attorneys Office
86 Chambers Street
NY NY 10005
(212) 637-2717 (fax)

Application GRANTED. The May 14, 2021 IPTC is ADJOURNED to **June 11, 2021, at 11:00 a.m.** The parties' joint letter and proposed Case Management Plan are due not later than **June 3, 2021**. Plaintiff's counsel is warned, however, that absent more compelling reasons, the Court is unlikely to grant any further adjournments. The Court's March 29, 2021 Order explicitly encourages plaintiffs to serve defendants promptly and warns that "[r]equests for adjournment of the IPTC will not necessarily be granted on the ground that one or more Defendants have not been served or answered prior to the scheduled IPTC." Dkt. 7. Whereas Plaintiff requests an adjournment because Defendant has yet to respond to Plaintiff's complaint, the Court notes that, as of the date of this order, Plaintiff has not posted proof of service on the docket. To the extent Plaintiff has not yet served Defendant, Plaintiff should do so immediately.

SO ORDERED.

5/5/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE