UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+------------------------------------------+
| USDC SDNY                                |
| DOCUMENT                                 |
| ELECTRONICALLY FILED                     |
| DOC #:_____                   |
| DATE FILED:___3/31/22_____               |
+------------------------------------------+
```

--------------------------------------------------------------X

UMAR GUIRA, an infant, by his mother and      :
natural guardian, ASSETA NANEMA, and          :
ASSETA NANEMA, individually,                  :
                                              :
                              Plaintiffs,     :          21-CV-2615 (VEC)
                                              :
            -against-                         :
                                              :                ORDER
UNITED STATES OF AMERICA,                     :
                                              :
                              Defendant.      :

--------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a hearing on March 31, 2022;

IT IS HEREBY ORDERED that Defendant must file its *Daubert* motion not later than

**April 29, 2022**.  Plaintiffs must file their response not later than **May 27, 2022**.  Defendant's

reply is due not later than **June 15, 2022**.

**SO ORDERED.**

**Date:  March 31, 2022**                         **VALERIE CAPRONI**
**New York, New York**                       **United States District Judge**