# Exhibit B

**Medical Records Report**  **NANEMA, ASSETA**
MRN: 8097 77 56
Printed: Jan-03-2019 11:50  DOB: ████ 1988

| Visit#: 000420678 257 | **Service:** Obstetrics | **Type:** Inpatient (4 days) |
| LMH6B-0633-02 | **Dr.:** Bui, Sandy Lau | **Admitted:** Sep-30-2018 18:21 |

## Documents

### Oct-02-18 02:34   OB Delivery Note                                                                 Physician

**Attestion:**
I personally performed this delivery.

Expected Delivery Date: 14-Oct-2018.

Expected Gestation Age-(weeks): 38 Expected Gestation Age-(days): 2.

Gravida: 1 Prior Fullterm: 0 Prior Preterm: 0 Prior Abortions: 0 Living Children: 0.

**Baby Data:**
**Baby Data A:**
Sex: Male.

Nuchal cord: No.

Outcome of delivery: Live born.

Pediatrician present at delivery: Yes.

Cord gases: Yes.

Baby handed to: Nurse.

Infant disposition: Well-baby nursery.

Type of labor: Induction.

PROM.

Type of delivery: Spontaneous Vaginal Delivery.

Individual performing delivery: Attending Bui, Sandy Lau.

Additional providers present: PA Xian, Sandy.

Presentation at delivery: Vertex.

Position: ROP.

Vaginal Birth After Cesarean: No.

Anesthesia: Epidural.

Complications from anesthesia? No.

Episiotomy performed: Right Mediolateral.

Before delivery of head.

Shoulder dystocia: No.

Lacerations: No.            SUBJECT TO PROTECTIVE ORDER                              USA000397

**Documents**

Estimated Blood Loss: > 500 cc 500.

Interventions employed: Uterine massage and Pitocin.

**Placenta Data:**
Placenta delivered: Spontaneously.

Intact.

Uterine tone: Well contracted.

Placenta sent to pathology: Yes.

**Packing:**
Vaginal packing placed: No.

**Birth Certificate Data/Electronic Vital Events:**
Total # of fetuses at conception: 1.

Total # of fetuses delivered at this delivery: 1.

Number delivered of this pregnancy born alive: 1.

Was delivery with forceps attempted but unsuccessful? Forceps were not used.

Was delivery with vacuum extraction attempted but unsuccessful? Vacuum extraction was not used.

Other procedures performed at delivery: Episiotomy and Repair.

**Maternal Disposition:**
Maternal Disposition: Postpartum.

**Provider Note:**
Patient Source: Private Office.

Patient was fully dilated and pushing for 2 hours. Second stage of labor complicated by Category 2 tracing, episiotomy performed to expedite delivery. Vaginal delivery of viable male infant, ROP, shoulders and body delivered atraumatically, APGAR 7/8, weight 3570 grams. Infant brought to pediatrician and cried spontaneously. Episiotomy repaired in normal sterile fashion. Patient and infant recovering in stable condition.

**Electronic Signatures:**
**Bui, Sandy Lau (DO)**  (Signed 02-Oct-2018 02:50)
    *Authored: Attestion, Baby Data*

*Last Updated: 02-Oct-2018 02:50 by Bui, Sandy Lau (DO)*