Ex. D

1

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4      --------------------------------------------X

5      UMAR GUIRA, an infant, by his mother and

6      natural guardian ASSETA NANEMA, and ASSETA

7      NANEMA, individually,

8                              Plaintiffs,

9          - against -              Index No.:
                                    21-cv-02615-VEC
10     UNITED STATES OF AMERICA,

11                              Defendant.

12     --------------------------------------------X

13                         March 7, 2022
                           1:33 p.m.
14

15              VIRTUAL EXAMINATION BEFORE TRIAL of DR.

16     RICHARD LUCIANI, appearing on behalf of the

17     Plaintiff herein, taken by the Defendant,

18     pursuant to Notice, taken before Nicole L.

19     Basile, a Notary Public within and for the

20     State of New York.

21

22

23

24

25

1                        LUCIANI

2    Mr. Guira's testimony has been more truthful or

3    accurate, correct?

4           A.    I believe based on the records and the

5    extent of the injury, as well as the permanence of

6    the injury, that Mr. Guira and Ms. Nanema's

7    recollection of this event is more accurate and is

8    what caused the brachial plexus injury.  Not Dr.

9    Bui's recollection of this event.

10          Q.    You offer an opinion that there was

11   undiagnosed shoulder dystocia in this case, correct?

12          A.    That's correct.

13          Q.    What is the basis for that opinion?

14          A.    The nature and permanence of the injury

15   of the brachial plexus in this infant, as evidence

16   by the lack of any tumor in the brachial plexus, any

17   signs of infection, any genetic abnormality, any

18   evidence of injury or in malpositioning, which could

19   lead to atrophy of the appropriate limb that was

20   affected.  The deposition transcripts of the

21   parties, Mr. Guira and Ms. Nanema, that goes along

22   with the nature of the injury that occurred.  So it

23   is the totality of the evidence that has been

24   presented that leads me to this conclusion.  I came

25   to this conclusion before the deposition transcripts

1                        LUCIANI

2   and once I've read the deposition transcripts, they

3   only further solidify my opinions in this case.

4          Q.   So essentially you -- you believe that

5   there are a number of possible causes of Erb's palsy

6   and Erb's palsy injury, and that you can rule out

7   several of them such as tumor, infection, genetic

8   abnormality, malpositioning, et cetera, correct?

9          A.   Correct.

10         Q.   And you do not believe that natural --

11  that maternal forces of labor can cause an Erb's

12  palsy injury in the absence of shoulder dystocia,

13  correct?

14         A.   I do not believe that a permanent Erb's

15  palsy can be caused by maternal forces of labor.

16  The uterus contracts from the fundus down to the

17  pelvis.  It is a pushing mechanism that pushes the

18  baby out of the birth canal.  There is no traction

19  mechanism.  The uterine contracts.  And in order to

20  evulse a nerve, or rupture a nerve, you need a

21  traction that pulls the nerve out of the nerve root

22  or pulls the nerve apart.  That does not occur with

23  the endogenous forces of maternal labor.  The other

24  thing that you have to understand and this is, I

25  believe, very, very important.  If you have a patient

1                          LUCIANI

2    who is laboring for hours and hours and hours, and

3    this happens hundreds and hundreds and thousands of

4    times daily in the United States, gets to full

5    dilation, pushes for several hours and the doctor

6    says, you know what, this baby is just not gonna

7    come through the pelvis, we're gonna move to a

8    C-section.  If the maternal forces of labor were

9    responsible for a brachial plexus injury, then the

10   incidence to a brachial plexus injury should be

11   exactly the same in those cesarean sections, as it

12   would be in the patient who now delivers five to 10

13   minutes later vaginally and that is not the case.

14   It is not the maternal forces of labor that cause

15   it.  And anybody that understands the ideology of

16   brachial plexus at the time of cesarean, understands

17   that the mechanism is exactly the same.  The head is

18   delivered, the shoulders get caught on the lower

19   uterine segment incision that is not cut large

20   enough to allow an atraumatic delivery of the

21   shoulders.  It acts like a pubic synthesis or a

22   sacral hollow and the neck is stretched and the

23   brachial plexus is stretched and you get a shoulder

24   dystocia.  Fortunately that is a rare event.  It's

25   almost reportable, but yeah, you can get a brachial

1                             LUCIANI

2    plexus injury with a C-section and that's the

3    mechanism.  It's not the maternal forces of labor.

4         Q.   And you believe that that mechanism

5    accounts for 100 percent of cases of Erb's palsy

6    when in -- I'm sorry.  You believe -- yeah.  You

7    believe that that mechanism accounts for 100 percent

8    of cases of Erb's palsy with delivery by C-section?

9         A.   If you rule out permanent injuries, yes.

10   If you rule out tumor, infection, entry utero

11   malpositioning, genetic abnormalities that could

12   lead to it, yes.  That would be the mechanism.

13        Q.   Okay.  Okay.  Let's look at your report

14   and I'm looking at Page 4.  You state, "natural

15   labor forces will not result in a permanent brachial

16   plexopathy", correct?

17        A.   I do.

18        Q.   And then you have a list of five bullet

19   points?

20        A.   I do.

21        Q.   Okay.  I'm going to walk through those.

22   So let's start at bullet point one.  You state,

23   "during the prenatal period amniotic fluid fills the

24   amniotic cavity with no part of the fetus subjected

25   to excessive pressure as long as the membranes are

1                        LUCIANI

2              MR. JANIS:  Great.

3         Q.   Do you see what I have highlighted here?

4         A.   I do.

5         Q.   I'm sorry.  "Significant endogenous

6    forces are generated through natural physical events

7    to move a fetus from the uterus through the birth

8    canal and out of the maternal pelvis."  Do you agree

9    with that statement?

10        A.   I do.

11        Q.   Hold on just one moment.

12             Let's look at Page 24 and I'm looking at

13   the bottom of the first column.

14             MR. JANIS:  You need to share

15             it.

16             MR. ISSACHAROFF:  I'm sorry.

17        Q.   See where it says "for example, uterine

18   contractions result in a compression force to the

19   fetus that acts to move the entire fetus down the

20   birth canal."

21        A.   That's a fact.

22        Q.   And that's the mechanism that you're

23   describing in bullet point two?

24        A.   That's exactly what occurs.

25        Q.   And do see you that it goes on to say,

1                        LUCIANI

2    "if, during this movement, a structure obstructs a

3    body" --

4              MR. JANIS:  Wait.  Wait.  Sorry.

5              Can -- can you just -- because you're

6              asking the question and moving the --

7              the document around.

8              MR. ISSACHAROFF:  Yeah.  Sorry.

9              It spans two columns so I can't really

10             get it on --

11             MR. JANIS:  I'm sorry.  I didn't

12             realize that.  Okay.  Go ahead.

13        Q.   So the next sentence sates "if, during

14   this movement, a structure obstructs a body part

15   while another body segment continues moving forward,

16   the difference in motion can result in either a

17   pulling force on the tissues that connect the two

18   regions or a bending force on a rigid bony body

19   part."  Do you agree with that statement?

20        A.   I think it's much too general to really

21   comment on.  The bottom line is that one body part

22   does not move without the other.  Everything is

23   connected.  So when you have uterine contractions

24   that are coming from the fundus down and the body is

25   being pushed through the birth canal, one part does

```
 1                          LUCIANI
 2   not continue moving while the other part does not.
 3   So if the shoulder, let's say, gets caught behind
 4   the synthesis pubis, that means the head is in front
 5   of the synthesis pubis.  If the body is continuing
 6   to be pushed by the contractions of the uterine
 7   fundus and the uterine musculature, everything stops
 8   at the pubic synthesis and the head stops moving,
 9   because the head does not disconnect.  There are no
10   forces of labor that continue to push on the head
11   itself.  So the mechanism that you're describing
12   cannot physiologically occur.  That's the only thing
13   I would tell you.
14           Q.   So you disagree with this portion of the
15   report?
16           A.   I do.
17           Q.   Okay.  But is it fair to say that this
18   portion of the report is causing a mechanism by
19   which traction force can be applied by maternal
20   forces of labor?
21           A.   That's still not traction force.  That's
22   pressure and pressure is not a traction force.
23   Pressure is a force that can cause some stretching,
24   but it's not gonna -- it's not gonna be a traction
25   force.
```

1                         LUCIANI

2          Q.   Do you see it describes here a pulling

3     force or a bending force?

4          A.   That's what it says.

5          Q.   Is the that not a traction force?

6          A.   It depends on, you know, what parts of

7     the body are being affected by that.  But that is

8     not a traction force that is going to be significant

9     enough to cause a brachial plexus injury.

10         Q.   Okay.  Let's go back to your report.

11    And I believe we were talking -- I'm going to look

12    at bullet point three and we were talking about this

13    earlier.  You stated essentially that if maternal

14    forces of labor caused brachial plexus injuries, you

15    would expect to see the same rates in C-sections

16    that you see in vaginal deliveries.  Is that

17    correct?

18         A.   I would expect to see the same rates in

19    C-sections that are done after labor has occurred.

20    The mother has pushed in the second stage and the

21    baby is in the birth canal.  I would expect to see

22    the same rate there as I would in a baby that

23    delivers 10 minutes later vaginally.  That rate

24    should be exactly the same and it's nowhere near the

25    same.

1                          LUCIANI

2          A.   Sure.  It's called the Zavanelli

3    maneuver.  You can push the head right back in.

4          Q.   Is that common?

5          A.   No.  Thank god.

6          Q.   So you would expect -- and I'm sorry, do

7    you accept that some NBPP injuries can be caused by

8    the posterior shoulder being caught on the sacral

9    promontory or the hollow of the sacrum?

10          A.   The only way a permanent posterior

11    shoulder injury can occur in the absence of

12    infection, cancer, genetic abnormality, injury of

13    malpositioning prior to labor, would be with

14    excessive lateral traction would be utilized.  And

15    in that case, it would be pulling the -- the

16    shoulder in an upwards position rather than

17    downwards, which you do in an anterior shoulder.

18    Off axis off the axial line, that's -- that would be

19    the mechanism of the ideology of permanent brachial

20    plexus injury under those circumstances.

21          Q.   In the events that the posterior

22    shoulder were caught on the sacral promontory or the

23    hollow of the sacrum, the head would not have

24    delivered, correct?

25          A.   Right.  But then you would not know

1                           LUCIANI

2    there was posterior shoulder.  So dystocia, because

3    that shoulder would have already released if it were

4    on the sacral promontory and the head has now

5    already come out.  So there would be no posterior

6    shoulder dystocia in that case.  So that wouldn't

7    even apply to the definition of a shoulder dystocia.

8         Q.    But you can have NBPP without shoulder

9    dystocia, correct?

10        A.    Under the conditions that I have

11   discussed, yes.

12        Q.    If the -- in the event that the

13   posterior shoulder were caught on the sacral

14   promontory or the hollow of the sacrum, the head --

15   the head would not have delivered, correct?

16        A.    It would be hard to imagine that a

17   shoulder that is caught on the sacral promontory,

18   the head can deliver, because that distance wouldn't

19   be covered.  There is too much distance between the

20   sacral promontory and the vaginal outlet for the

21   head to have already come out.  If the shoulder is

22   down in the maternal pelvis and is in the hollow of

23   the sacrum, and gets caught on the hollow of the

24   sacrum and soft tissue, then the head can already

25   deliver under those circumstances.

1                        LUCIANI

2          Q.   If the head has not delivered, is it

3   possible to perform maneuvers on the head without

4   the use of forceps or vacuum?

5          A.   Well, if the head is not delivered, then

6   there would be no documentation of shoulder

7   dystocia.  That would be the first answer to the

8   question.  And the second thing is that if the head

9   is not delivering, the doctor chooses to utilize

10  forceps or a vacuum, those would be the indications

11  to utilize them to assist the head in delivering.

12         Q.   Right.  But if the head has not

13  delivered, there is no way to perform maneuvers on

14  the head without the use of tools, correct?

15         A.   What kind of -- well, you can -- you can

16  rotate the head while it's still in utero by just

17  rotating it by putting your hand on it and rotating

18  it.  Doctors rotate the head from an oxford

19  posterior to an oxford anterior sometimes and the

20  body goes along with it.  I mean, that -- that --

21  those are techniques that have been utilized --

22  rotation maneuvers by the doctor.

23         Q.   Okay.  Are you aware of any statistics

24  that look at the rate of NBPP in laboring C-sections

25  as a thing from non-laboring C-sections?

1                          LUCIANI

2          A.    I have not.  I don't see articles

3    published like that, but certainly there should be.

4    And one would realize that the instance of NBPP

5    should be exactly the same in laboring C-sections,

6    as it was in vaginal deliveries, if the maternal

7    forces of labor were responsible for the permanent

8    brachial plexus injury.

9          Q.    Is it possible that there could be

10   multiple mechanisms of brachial plexus injuries and

11   that some of those would be attributable to the

12   later stages of vaginal delivery?

13         A.    Not the way I described it to you.

14         Q.    Okay.  Let's look at bullet point four

15   of your report.  You state that, "the use of vacuums

16   and forceps greatly increase the risk of brachial

17   plexus" injury and that "this could not be the case

18   if a high proportion of these injuries were

19   unrelated to vaginal birth."

20         A.    Right.  Correct.

21         Q.    Were vacuums or forceps used in this

22   case?

23         A.    Not to my knowledge.

24         Q.    Are you aware of any evidence in the

25   medical records or in anyone's testimony, that there

1                          LUCIANI

2   was essentially a significant manipulation of the

3   fetus before it entered the birth canal in the way

4   that you were just describing?

5          A.   No.

6          Q.   Let's look at bullet point five.  You

7   state, "according to ACOG brachial plexus literature

8   transient injuries have been attributed to the labor

9   process however permanent injuries have not been

10  attributed to these maternal forces."  When you talk

11  about the ACOG brachial plexus literature, are you

12  talking about the report that we've been looking at?

13         A.   Certainly one of the ACOG publications

14  is that report.

15         Q.   Do you have any other specific ACOG

16  literature in mind, other than the report that we've

17  been looking at?

18         A.   Well, the, you know, the -- the American

19  College has published other things.  Practice

20  bulletins have been published, documents that

21  obviously discuss shoulder dystocia and brachial

22  plexus palsy.  So that's -- that's part of what I

23  have referred to.

24         Q.   So is it fair to say that you see a

25  distinction between transient and persistent

1                          LUCIANI

2   brachial plexus injuries?

3          A.   I do.

4          Q.   And it's your opinion that persistent

5   brachial plexus injuries, as opposed to transient

6   injuries, imply the application of excessive force

7   by the birth attendant?

8          A.   If the injury cannot be attributed to

9   other causes, which we've gone over in detail, than

10  the only mechanism of injury that would cause the

11  permanent brachial plexus injury would be a use of

12  excessive lateral traction off the axial line by the

13  delivering physician.

14         Q.   Let's look back at Exhibit 3 and now I'm

15  gonna go to page 28.

16              Okay.  I'm looking at the first sentence

17  of the second paragraph of the second column.  I'll

18  zoom in here.  Do you see where it says, "no

19  published clinical or experimental data exist to

20  support the contention that the presence of

21  persistent (as compared to transient) NBPP implies

22  the application of excessive force by the birth

23  attendant."?

24         A.   That's what it says.

25         Q.   Is that constant with the opinion you've

1

2    offered in bullet point five of your report?

3          A.    There is nothing in the ACOG literature

4    including that statement, that says that persistent

5    brachial plexus injuries can definitely occur as a

6    result of the process of the maternal forces of

7    labor.  You show me that statement anywhere.  It

8    does not state that.  If you go to the beginning of

9    the task force of literature, it clearly states that

10   transient injuries have been related to maternal

11   forces of labor.  So if they're willing to say that,

12   then why aren't they willing to say that persistent

13   injuries can definitely result from maternal forces

14   of labor.  All right.  Evulsions and/or ruptures.

15   You see that anywhere in that article, because I

16   don't see it.

17         Q.    But the report does say that there is no

18   published clinical or experimental data to support

19   -- drawing the distinction between transient and

20   persistent brachial plexus injuries, in terms of

21   attributing the cause to the application of

22   excessive force by the birth attendant, correct?

23         A.    Well, that's what the report says.  I

24   cannot disagree with that.

25         Q.    Okay.  So now you were talking about --

1                        LUCIANI

2     30 minutes after the time of delivery, correct?

3          A.   Yes.

4          Q.   Okay.  And do you see the penultimate

5     field here, it says, "shoulder dystocia:  No?

6          A.   I do see that.  So that was obviously in

7     the delivery record.  I stand corrected.

8          Q.   So based on this, it's fair to say that

9     there was not -- Dr. Bui did not diagnose a shoulder

10    dystocia and then forget to document it, correct?

11         A.   No.  She does not recognize a shoulder

12    dystocia.

13         Q.   Okay.  Does that change your view of the

14    likelihood of an undiagnosed shoulder dystocia at

15    all?

16         A.   Not at all.  She did not diagnose the

17    shoulder dystocia, which was the source of the

18    injury in this case with the utilization of

19    excessive lateral traction.

20         Q.   Okay.  Have you formed any other

21    opinions in this case, that we have not discussed

22    today?

23         A.   You're a nice guy.

24         Q.   Thank you.

25              Anything other than that?