**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
U.G., an infant, by his mother and natural
guardian, ASSETA NANEMA, and ASSETA
NANEMA, individually,

                      Plaintiffs,
    -against-                                              21 **CIVIL** 2615 (VEC)

                                                            **JUDGMENT**
UNITED STATES OF AMERICA,

                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2023, the Government's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      April 28, 2023

                                                               **RUBY J. KRAJICK**

                                                                _____
                                                                **Clerk of Court**

                                **BY:**    _K. Mango_

                                                                _____
                                                                **Deputy Clerk**